| AO 10<br>Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2010 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>GARBIS, MARVIN J. | 2. Court or Organization<br><br>DISTRICT OF MARYLAND | 3. Date of Report<br><br>06/15/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>SENIOR DISTRICT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>U.S. COURTHOUSE<br>101 W. LOMBARD STREET<br>BALTIMORE, MD. 21201 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | MEMBER, BOARD OF ADVISORS | UNIVERSITY OF BALTIMORE LAW SCHOOL |
| 2. | MEMBER, BOARD OF DIRECTORS | INTERNATIONAL JUDICIAL ACADEMY |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | ONGOING | THOMSON (WEST SERVICES, INC.) RONALD RUBIN AND PATRCIA MORGAN (DECEASED),<br>ROYALTIES PAID AUTHORS OF CASEBOOK |
| 2. | | |
| 3. | | |

Garbis , Marvin J.

| Name of Person Reporting | Date of Report |
|---|---|
| GARBIS, MARVIN J. | 06/15/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | International Judicial Academy | March 1 - 5 | Mexico City, Mexico | Seminar, Faculty | Travel, Meals, Room |
| 2. | International Judicial Academy & China Supreme Peoples Court | Aoril 5 - 19 | China, various cities | Seminar, Faculty, Judicial Edcuation | Travel, Meals, Room |
| 3. | American Bar Association | July 7 - 9 | Chicago, Illinois | Seminar, Faculty | Travel, Meals, Room |
| 4. | Internatioal Judicial Academy | August 6 - 21 | Argentina, Chile, Peru | Seminar, Faculty | Travel, Meals, Room |
| 5. | ALI-ABA | October 6 - 8 | New York, N.Y. | Seminar, Faculty | Travel, Meals, Room |
| 6. | George Mason University | November 11 - 17 | Captiva Island, Florida | Seminar | Travel, Meals, Room |

| Name of Person Reporting | Date of Report |
|---|---|
| GARBIS, MARVIN J. | 06/15/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GARBIS, MARVIN J. | 06/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | PERSONALLY OWNED (HEADER) | | | | | | | | | |
| 2. | M & T BANK CHECKING (FORMERLY [PROVIDENT) | A | Interest | J | T | | | | | M&T ACQUIRED PROVIDENT |
| 3. | T ROWE PRICE TAX FREE BOND FUND | A | Int./Div. | K | T | | | | | |
| 4. | ROYCE PENN MUTUAL FUND RYPCX | | None | | | Sold | 01/01/10 | K | A | SALE IN 2009, SEE VIII |
| 5. | FED KAUFMAN FUND KAUBX | | None | | | Sold | 01/01/10 | K | A | SALE IN 2009, SEE VIII |
| 6. | PINNACLE NORTHEAST, INC. | | None | J | T | | | | | |
| 7. | BAIRD MONEY MARKET | | None | J | T | | | | | |
| 8. | | | | | | | | | | |
| 9. | IRA-1 (HEADER) | | | | | | | | | |
| 10. | LEGG MASON VALUE TRUST LMVTX | A | Dividend | L | T | | | | | |
| 11. | ROYCE FUND PENNSYLVANIA RYPCX | A | Dividend | M | T | | | | | |
| 12. | TEMPLETON GROWTH FUND TMGBX | A | Dividend | K | T | Sold (part) | 12/13/10 | J | A | |
| 13. | ROYCE FUNDS MICRO CAP RYMCX | A | Interest | J | T | | | | | |
| 14. | BAIRD MONEY MARKET | A | Interest | J | T | | | | | |
| 15. | | | | | | | | | | |
| 16. | IRA-2 (HEADER) | | | | | | | | | |
| 17. | LEGG MASON SPECIAL INVESTMENT TRUST LMASX | A | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GARBIS, MARVIN J. | 06/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | LEGG MASON OPPORTUNITY TRUST LMOPX | A | Dividend | M | T | | | | | |
| 19. | FED EQ KAUFMAN FUND KAUBX | A | Dividend | K | T | Sold (part) | 09/30/10 | K | A | |
| 20. | FED EQ KAUFAN FUND KAUBX | A | Dividend | K | T | Sold (part) | 12/13/10 | K | A | Same asset as line 19 |
| 21. | L-1 IDENTITY SOLUTIONS ID | | None | | | Sold | 09/30/10 | K | A | |
| 22. | LEGG MASON, INC. LM | A | Dividend | K | T | | | | | |
| 23. | HENDERSON INTERNATIONAL OPPORTUNITY FUND HPOBX | A | Dividend | K | T | | | | | |
| 24. | FED INT SMALL-MID COMPANY FD ISCAX | A | Dividend | K | T | | | | | |
| 25. | BAIRD MONEY MARKET | A | Interest | J | T | | | | | |
| 26. | FRANKLIN GOLD FHRCX | | None | K | T | Buy | 09/30/10 | K | | |
| 27. | COMPUGEN CGEN | | None | J | T | Buy | 09/30/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII, LINE 4 - ASSET SOLD 08/25/09 BUT SALE INADVERTENTLY OMITTED ON 2009 REPORT AND ASSET INCLUDED AS OWNED AT THE END OF 2009. USED 01/01/10 SALE DATE TO MAKE SOFTWARE WORK.

PART VII, LINE 5 - ASSET SOLD 09/15/09 BUT SALE INADVERTENTLY OMITTED ON 2009 REPORT AND ASSET INCLUDED AS OWNED AT THE END OF 2009. USED 01/01/10 SALE DATE TO MAKE SOFTWARE WORK.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544